UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

FILED
MAR - 4 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA
VS.

Meuy C. Saechao

CASE/CITATION NO. 2:15-mj-00205-KJN-3

**ORDER TO PAY**

SOCIAL SECURITY #: _____
DATE OF BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____
         CITY       STATE     ZIP CODE

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.

X DATE: 3-4-16        X Meuy Saechao
                        DEFENDANT'S SIGNATURE

YOU ARE HEREBY ORDERED TO PAY/COMPLY THE FOLLOWING:
                $175 - Count 1                          $10 - Count 1
(✓) Fine: $ 325 - Count 2   and a penalty assessment of $ 10 - Count 2   for a TOTAL
AMOUNT OF: $ 520   within   11   ~~days~~/months; ~~or payments of $~~ _____ ~~per month, commencing _____ and due on the _____ of each month until paid in full.~~
( ) Restitution: _____
( ) Community Service _____ with fees not to exceed $ _____
    completed by _____

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (check one):

☐ CENTRAL VIOLATIONS BUREAU
  PO BOX 71363
  PHILADELPHIA, PA 19176-1363
  1-800-827-2982
    or
  Pay on-line at www.cvb.uscourts.gov
  and Click on "Pay On-Line"

☐ CLERK, USDC
  2500 TULARE ST., RM. 1501
  FRESNO, CA 93721-1322

☒ CLERK, USDC
  501 I STREET, STE. 4-200
  SACRAMENTO, CA 95814-2322

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: 3/4/2016        _____
                       U.S. MAGISTRATE JUDGE

Clerk's Office

FPI-PET                                                              EDCA-3